**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 14, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00106-CV

---

### IN RE DEAN E. SMITH, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-33707**

---

## MEMORANDUM OPINION

On February 7, 2019, relator Dean E. Smith filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court of Harris County, to vacate a June 1, 2018 enforcement order.

The order was signed by the Honorable Judy Warne, who is no longer a sitting judge. On February 21, 2019, we abated this original proceeding to allow Judge Peake an opportunity reconsider the enforcement order and to advise this court of the action taken on relator's request. *See* Tex. R. App. P. 7.2(b) (stating that, in an original proceeding "the court must abate the proceeding to allow the successor to reconsider the original party's decision").

On October 29, 2019, Judge Peake advised this court that she withdrew the June 1, 2019 order and granted a new trial. On November 7, 2019, relator filed a motion dismiss in light of Judge Peake's withdrawal of the June 1, 2019 order and grant of a new trial. Relator's request for mandamus relief is now moot. Relator's motion to dismiss is **GRANTED**.

Accordingly, we order relator's petition for writ of mandamus dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.